IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROGER DEON LOWRANCE #251179 )
)
    Plaintiff, )
)
v. ) CASE NO.  2:14-cv-786-WHA-TFM
) [wo]
GOVERNOR ROBERT BENTLEY, )
 *et al.*, )
)
    Defendants. )

**OPINION and ORDER**

On November 6, 2014, the Magistrate Judge filed a Recommendation granting Plaintiff's Motion to Change Venue and transferring this case to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.  No objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that the Plaintiff's Motion for Change of Venue be GRANTED and that this case be and is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this 1st day of December, 2014.

                                                  /s/ W. Harold Albritton
                                                W. HAROLD ALBRITTON, III
                                                UNITED STATES DISTRICT JUDGE